RECEIVED
IN LAKE CHARLES, LA.

NOV 26 2018

TONY R. MOORE, CLERK
BY_____
DEPUTY

### PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
### HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: WESTERN DISTRICT OF LOUISIANA |
|---|---|
| Name (under which you were convicted): **JEREMIAH R. TENO** | Docket or Case No: 2:18-cv-1538 SecP |
| Place of Confinement: **WINN CORRECTIONAL CENTER** | Prisoner No.: **503411** |
| Petitioner (include the name under which you were convicted) **JEREMIAH R. TENO** | Respondent(authorized person having custody of petitioner) **KEITH DEVILLE, WARDEN** |
| The Attorney General of the State of LOUISIANA | |

## PETITION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging: **36TH JUDICIAL DISTRICT COURT, BEAUREGARD PARISH**

    (b) Criminal docket or case number (if you know): **NO. 2010-701**

2.  (a) Date of judgment of conviction (if you know): **APRIL 21, 2011**

    (b) Date of sentencing: **DECEMBER 15, 2011**

3. Length of sentence: **28 YEARS**

4. In this case, were you convicted on more than one count or of more than one crime? ■ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: **POSSESSION OF A FIREARM BY A CONVICTED FELON (14:95.1); ILLEGAL USE OF WEAPONS OR DANGEROUS INSTURMENTS (14:94 F); AND AGGRAVATED ASSAULT WITH A FIREARM (14:37.4)**

6. (a) What was your plea? (Check one)

    ■ (1) Not guilty     ☐ (3) Nolo contendere (no contest)

    ☐ (2) Guilty         ☐ (4) Insanity plea

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead not guilty to? _____

    _____

    _____

1

(c) If you went to trial, what kind of trial did you have? (Check one)
Jury ■    Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
Yes ■    No [ ]

8. Did you appeal from the judgment of conviction?
Yes ■    No [ ]

9. If you did appeal, answer the following:

(a) Name of court:  **3RD CIRCUIT COURT OF APPEAL**

(b) Docket or case number (if you know):  **KA 12-357**

(c) Result:  **CONVICTIONS AFFIRMED; ENHANCED SENTENCES VACATED AND REMANDED FOR RESENTENCING   (See Attachment 1)**

(d) Date of result (if you know):  **NOVEMBER 7, 2012**

(e) Citation to the case (if you know):  **STATE V. TENO, 101 So. 3d 1068**

(f) Grounds raised:  **THE EVIDENCE WAS INSUFFICIENT TO FIND MR. TENO GUILTY OF COUNT 2, ILLEGAL USE OF WEAPONS; THE TRIAL COURT COMMITTED VARIOUS ERRORS WHEN IT IMPOSED ENHANCED SENTENCES ON MR. TENO.**

(g) Did you seek further review by a higher state court?  Yes ■  No [ ]

If yes, answer the following:

(1) Name of court: **LOUISIANA SUPREME COURT**

(2) Docket or case number (if you know):  **KA- 12-357**

(3) Result:  **DENIED    (See Attachment 2)**

(4) Date of result (if you know):  **MAY 17, 2013**

(5) Citation to the case (if you know):  **STATE V. TENO, 117 So. 3d 510**

(6) Grounds raised:  **THE THIRD CIRCUIT VIOLATED PETITIONER'S CONSTITUTIONAL PROTECTION AGAINST DOUBLE JEOPARDY WHEN IT AFFIRMED PETITIONER'S ILLEGAL USE OF A WEAPON CONVICTION BY RELYING UPON THE SAME EVIDENCE USED TO CONVICT PETITONER OF THE SEPARATE OFFENSE OF AGGRABATED ASSUALT WITH A FIREARM.**

(h) Did you file a petition for certiorari in the United States Supreme Court?  Yes [ ]  No ■

2

If yes, answer the following:

(1) Docket or case number (if you know): _____**N/A**_____

(2) Result: _____**N/A**_____

(3) Date of result (if you know): _____**N/A**_____

(4) Citation to the case (if you know): _____**N/A**_____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  Yes ■ No [ ]

11. If your answer to Question 10 was "Yes," give the following information:

(a)(1) Name of court: _**THIRTY-SIXTH JUDICIAL DISTRICT COURT**_____

(2) Docket or case number (if you know): _**CR-2010-701**_____

(3) Date of filing (if you know): _**SEPTEMBER 3, 2013**_____

(4) Nature of proceeding: _**CRIMINAL (POST-CONVICTION RELIEF)**_____

(5) Grounds raised: _**CONVICTION WAS OBTAINED IN VIOLATION OF THE CONSTITUTION OF THE U.S. OR THE STATE OF LOUISIANA BY: (1) THE TRIAL COURT LACKING JURISIDICTION TO PROCEED TO TRIAL ON THE MERITS BECAUSE PETITIONER WAS CHARGED WITH, A "NON-CRIME"; (2) PETITIONER WAS DENIED EFFECTIVE ASSISTANCE OF APPELLATE COUNSEL; AND (3) DEFENSE COUNSEL PROVIDED INEFFECTIVE ASSISTANCE FOR PROVIDING PETITIONER WITH ERRONEOUS LEGAL ADVICE, WHICH CAUSED PETITIONER TO REJECT PLEA BARGAIN AGREEMENT**_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes ■ No [ ]

(7) Result: _**DENIED**_____

(8) Date of result (if you know): _**FEBRUARY 6, 2014 ; AND May 9, 2016 (ON REMAND)**_ _**(See Attachments 3 and 6 )**_____

(b) If you filed any second petition, application or motion give the same information:

(1) Name of court: _____**3RD CIRCUIT COURT OF APPEAL**_____

(2) Docket or case number (if you know): **KH-14-00309; AND KH-16-00555 (AFTER REMAND)**

(3) Date of filing (if you know): _**March 14, 2014; AND JUNE 27, 2016 (AFTER REMAND)**_

3

(4) Nature of proceeding: _____**CRIMINAL (SUPERVISORY WRIT)**_____

(5) Grounds raised: **WHETHER THE RELATOR WAS DENIED HIS RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL AS GUARANTEED BY THE SIXTH AND FOURTEENTH AMENDMENTS UNDER THE UNITED STATES CCONSTITUTION AND ARTICLE 1, SECTION 13 OF THE LOUISIANA CONSTITUTION.; AFTER REMAND: CONVICTION WAS OBTAINED IN VIOLATION OF THE CONSTITUTION OF THE U.S. OR THE STATE OF LOUISIANA BY: (1) THE TRIAL COURT LACKING JURISIDICTION TO PROCEED TO TRIAL ON THE MERITS BECAUSE PETITIONER WAS CHARGED WITH, A "NON-CRIME"; (2) PETITIONER WAS DENIED EFFECTIVE ASSISTANCE OF APPELLATE COUNSEL; AND (3) DEFENSE COUNSEL PROVIDED INEFFECTIVE ASSISTANCE FOR PROVIDING PETITIONER WITH ERRONEOUS LEGAL ADVICE, WHICH CAUSED PETITIONER TO REJECT PLEA BARGAIN AGREEMENT**

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes ■ ¦ No [ ]

(7) Result: _____**DENIED**_____

(8) Date of result (if you know): **MAY 15, 2014; AND FEBRUARY 16, 2017 (AFTER REMAND) (See Attachments 4 and 7)**

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____**LOUISIANA SUPREME COURT**_____

(2) Docket or case number (if you know): **2014-KH-1158; AND 2017-KH-0740 (AFTER REMAND)**

(3) Date of filing (if you know): _____**;AND MARCH 27, 2017(AFTER REMAND)**_____

(4) Nature of proceeding: _____**CRIMINAL (CERTIORARI AND REVIEW)**_____

(5) Grounds raised: **1) WHETHER THE THIRD CIRCUIT COURT OF APPEAL DECISION IN THIS CASE IS IN DIRECT CONFLICT WITH LEGISLATURE'S INTENT IN ENACTING LA. C.CR.P. ART. 912.1(C)(1); 2) WHETHER THE RELATOR WAS DENIED HIS RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL AS GUARANTEED BY THE SIXTH AND FOURTEENTH AMENDMENTS UNDER THE UNITED STATES CCONSTITUTION AND ARTICLE 1, SECTION 13 OF THE LOUISIANA CONSTITUTION; AND 3) WHETHER THE TIAL COURT MISAPPLIED THE NOW ELL ESTABLISHED LAW AS DETERMINED BY THE UNITED STATES SUPREME COURT IN *LaFLER V. COOPER, 132 S.Ct. 1376.***

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes [■]No [ ]

(7) Result: _____**GRANTED; AND DENIED (AFTER REMAND)**_____

(8) Date of result (if you know): _____**MARCH 27, 2015; AUGUST 3, 2018 (AFTER REMAND) (See Attachments 5 and 8)**

4

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   Yes ■ No [ ]
(2) Second petition:   Yes ■ No [ ]
(3) Third petition:   Yes [ ] No [ ]

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____ **N/A** _____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: _____ **(See, Attached Memorandum )**_____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____ **(See, Attached Memorandum )**_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why:

_____ **N/A** _____

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes ■ No [ ]

(2) If you did not raise this issue in your direct appeal, explain why:

_____ **N/A** _____

(d) Post-Conviction Proceedings:

5

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [ ] No [ ]

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:
_____**N/A**_____

Docket or case number (if you know): _____**N/A**_____

Date of the court's decision: _____**N/A**_____

Result (attach a copy of the court's opinion or order, if available): _____
_____**N/A**_____

(3) Did you receive a hearing on your motion or petition? Yes [ ] No [ ]

(4) Did you appeal from the denial of your motion or petition?
Yes [ ] No [ ]

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes [ ] No [ ]

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____**LOUISIANA SUPREME COURT**_____

Docket or case number (if you know): _____**KA- 12-357**_____

Date of the court's decision: _____**MAY 17, 2013**_____

Result (attach a copy of the court's opinion or order, if available): _____
_____**(SEE ATTACHED LOUISIANA SUPREME COURT ORDER DATED MARCH 17, 2015 )**_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____
_____
_____**N/A**_____
_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____
_____**N/A**_____

GROUND TWO: _____**(See, Attached Memorandum )**_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____**(See, Attached Memorandum )**_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why:

_____**N/A**_____

_____

(c) Direct Appeal of Ground Two:

    (1) If you appealed from the judgment of conviction, did you raise this issue?  Yes ■  No [ ]

    (2) If you did not raise this issue in your direct appeal, explain why: **This is a Collateral Attack ground in the State of Louisiana**_____

_____

(d) Post-Conviction Proceedings:

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?  Yes [ ]  No ■

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition:  **APPLICATION FOR POST-CONVICTION RELIEF**

    Name and location of the court where the motion or petition was filed: **THIRTY-SIXTH JUDICIAL DISTRICT COURT**

    Docket or case number (if you know):  **CR-2010-701**

    Date of the court's decision:  **FEBRUARY 6, 2014 ; AND APRIL 26, 2016 (ON REMAND)**

    Result (attach a copy of the court's opinion or order, if available): _____ **(SEE ATTACHED TRIAL COURT HEARING AND JUDGMENT DATED APRIL 26, 2016 AND MAY 9, 2016)**

    (3) Did you receive a hearing on your motion or petition?  Yes [ ]  No [ ]

    (4) Did you appeal from the denial of your motion or petition?  Yes ■  No [ ]

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue
in the appeal? Yes [■] No [ ]

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   **3RD CIRCUIT COURT OF APPEAL**

Docket or case number (if you know): _____ **KH-16-00555 (AFTER REMAND)** _____

Date of the court's decision: _____ **JUNE 27, 2016 (AFTER REMAND)** _____

Result (attach a copy of the court's opinion or order, if available): ____
_____ **(SEE ATTACHED APPELLATE COURT JUDGMENT DATED FEBURARY 16,**
**2017)** _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain
why you did not raise this issue: _____

_____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus,
administrative remedies, etc.) that you have used to exhaust your state
remedies on Ground Two: _____

_____

GROUND THREE: _____ **(See, Attached Memorandum )** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts
that support your claim.): _____

_____

_____ **(See, Attached Memorandum )** _____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why:

_____

_____ **N/A** _____

_____

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this
issue? Yes [ ] No [ ]

(2) If you did not raise this issue in your direct appeal, explain why:

_____

_____

8

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition
for habeas corpus in a state trial court?  Yes [ ]  No [ ]

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): ____

_____

(3) Did you receive a hearing on your motion or petition?  Yes [ ]  No [ ]

(4) Did you appeal from the denial of your motion or petition?
   Yes [ ]  No [ ]

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue
   in the appeal?  Yes [ ]  No [ ]

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): ____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain
why you did not raise this issue: _____
_____
_____
_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus,
administrative remedies, etc.) that you have used to exhaust your state
remedies on Ground Three: _____

_____

9

GROUND FOUR: _____ **(See, Attached Memorandum )** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts
that support your claim.): _____

_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why:

_____
_____
_____

(c) Direct Appeal of Ground Four:

    (1) If you appealed from the judgment of conviction, did you raise this
       issue?  Yes [ ]  No [ ]

    (2) If you did not raise this issue in your direct appeal, explain why:

       _____
       _____

(d) Post-Conviction Proceedings:

    (1) Did you raise this issue through a post-conviction motion or petition
    for habeas corpus in a state trial court?  Yes [ ]  No [ ]

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed:

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): ____

    _____

    (3) Did you receive a hearing on your motion or petition?  Yes [ ]  No [ ]

    (4) Did you appeal from the denial of your motion or petition?
       Yes [ ]  No [ ]

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue
       in the appeal?  Yes [ ]  No [ ]

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain
why you did not raise this issue: _____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus,
administrative remedies, etc.) that you have used to exhaust your state
remedies on Ground Four: _____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been
presented to the highest state court having jurisdiction?
Yes [ ]  No [ ]

If your answer is "No," state which grounds have not been so presented
and give your reason(s) for not presenting them: _____

_____

_____

(b) Is there any ground in this petition that has not been presented in
some state or federal court? If so, which ground or grounds have not
been presented, and state your reasons for not presenting them: _____
_____ **No** _____

_____

14. Have you previously filed any type of petition, application, or motion in
a federal court regarding the conviction that you challenge in this
petition?  Yes [ ]  No [**X**]

If "Yes," state the name and location of the court, the docket or case
number, the type of proceeding, the issues raised, the date of the court's
decision, and the result for each petition, application, or motion filed.
Attach a copy of any court opinion or order, if available. _____

_____

_____

15. Do you have any petition or appeal now pending (filed and not decided yet)

11

in any court, either state or federal, for the judgment you are challenging?  Yes [ ]  No [**X**]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ___Mitchel Evans, 416 N. Pine St., Deridder, La.  70634_____

_____

(b) At arraignment and plea: _____David Wallace, 518 Pine St., Deridder, La. 70634_____

_____

(c) At trial: _____Leslie Leavoy, Jr., 125 N. Washington Ave., Deridder, La. 70634_____

_____

(d) At sentencing: _____Leslie Leavoy, Jr., 125 N. Washington Ave., Deridder, La. 70634_____

_____

(e) On appeal: _____Beth  Fontenot, 720 Kirby St., Lake Charles, La  70601_____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding:

_____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  Yes [ ]  No [**X** ]

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  Yes [ ]  No [ ]

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. $ 2244(d) does not bar your petition.* _____

_____

12

_____

_____

_____

_____

Therefore, petitioner asks that the Court grant the following relief: _ <u>from unlawful imprisonment or custody</u> _____

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _11 - 14 - 18_ (month, date, year).

Executed (signed) on _11 - 14 - 18_ (date).

*Jeremiah J—*

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

_____

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. $ 2244(d) provides in part that:

 (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of-
 (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
 (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
 (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
 (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
 (2) The time during which a properly filed application for State post-

conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.