# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

**JEREMIAH R TENO #503411**              **CASE NO. 2:18-CV-01538 SEC P**

**VERSUS**                                              **UNASSIGNED DISTRICT JUDGE**

**WARDEN WINN CORRECTIONAL**        **MAGISTRATE JUDGE KAY**
**CENTER**

## MEMORANDUM ORDER

The application to proceed *in forma pauperis* having been considered, it is the opinion of

the Court that petitioner does not have sufficient funds to pay a filing fee.  Accordingly,

IT IS ORDERED that petitioner be allowed to proceed *in forma pauperis* in this action.

THUS DONE in Chambers on this _____ day of _____, 2018.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE