U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 6 2020

TONY R. MOORE, CLERK

BY _____ DEPUTY

To WHOM IT MAY CONCERN

2-17-20

I'M WRITING IN OBJECTION TO THE CURRENT WRIT/DOCUMENT FILED BY APPEALLANT IN CASE NUMBER 2:18-CV-01538-JDC-KK, CLAIMING AN UNTIMELY APPEAL. PETITIONER CLAIMS THAT ANY DELAY WAS BROUGHT UPON BY THE STATE NOT HAVING ADEQUATE FACILITYS OR LEGAL ASSISTANCE FOR PETITIONER TO FILE HIS APPEAL. PETITIONERS KNOWLEDGE IS LIMITED, AND HIS CURRENT KNOWLEDGE IN FILING PRO SE HAS BEEN ATTAINED BY PERSONAL SELF-KNOWLEGE/STUDY. PETITIONER ASK THAT HE STILL BE GRANTED AN EXTENSION IN THIS MATTER TO SEEK OUT HIRED COUNSEL OR/AND A CHANCE TO GET TO A PROPER LAW LIBRARY AND/OR ADEQUATE ASSISTANCE TO BE SURE ALL REMEDIES HAVE BEEN EXHAUSTED IN THIS MATTER. PETITIONER BEGS THIS COURT FOR THAT CONTINUANCE AND FOR HIS CASE TO BE HEARD ON THE GROUNDS THAT EACH STEP WAS FILED, ACCORDING TO PETITIONER, ON TIME TO THE BEST OF HIS (LIMITED) KNOWLEDGE, AND RELIEF IN THIS MATTER SHOULD BE GRANTED FOR PETITIONER.

RESPECTFULLY,

Jeremiah T—
JEREMIAH TENO

c/o
JEREMIAH TENO #503411
9450 Hwy 65 South
LAKE PROVIDENCE, LA. 71254

DOCKET #
JEREMIAH TENO 503411    CASE 2:18-CV-01538-JDC-KK
V.                        SECTION P
KEITH DEVILLE



JEREMIAH TENO #503411
9450 Hwy 65 SOUTH
LAKE PROVIDENCE, LA. 71254

SHREVEPORT LA. 713

24 FEB 2020 PM 3 L

X-RAYED
CLEARED FOR DELIVERY

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 6 2020

TONY R. MOORE, CLERK

BY _____ DEPUTY

CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JOHN M. SHAW UNITED STATES COURTHOUSE
800 LAFAYETTE ST., SUITE 2100
LAFAYETTE, LA. 70501

70501-686525

Riverbend Detention
MAIL NOT CENSORED