**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**JEREMIAH R TENO #503411**                    **CASE NO.  2:18-CV-01538 SEC P**

**VERSUS**                                                      **JUDGE JAMES D. CAIN, JR.**

**WARDEN WINN CORRECTIONAL CENTER    MAGISTRATE JUDGE KAY**

**ORDER**

Before the Court are two (2) letters authored by Petitioner, Jeremiah Teno, dated February 17, 2020 (Rec. 28) and March 5, 2020 (Rec. 29).  In his letters Mr. Teno seeks an extension of time to make his objections to the Report and Recommendation (Rec. 25) of the Magistrate Judge due to Petitioner being transferred and not being able to access legal resources.  Accordingly, it is

**ORDERED** that the motions (Rec. 28 and 29) are hereby **GRANTED,** and Petitioner shall file his objections, if any, no later than April 17, 2020.

**THUS DONE AND SIGNED** in chambers on this 13th day of March, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**