UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JEREMIAH R. TENO** | : | **DOCKET NO. 2:18-cv-1538** |
| **D.O.C. # 503411** | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **KEITH DEVILLE** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. 25) of the Magistrate Judge previously filed herein with amended dates stated hereinbelow, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITH PREJUDICE**, as untimely.

**IT IS FURTHER ORDERED** that the Report and Recommendation is not accepted as to the following dates and is amended as follows;

In the last paragraph on page nine of the R&R, the dates of May 5, 2018 and March 28, 2018 are incorrectly stated and amended to read: May 5, 2017 and March 28, 2017.

In the second full paragraph on page 10 of the R&R, the R&R states that "Teno's post-conviction writ was no longer 'in continuance' as of May 18, 2017 . . ." This statement is amended to read: "Teno's post-conviction writ was no longer 'in continuance' as of March 18, 2017 . . ."

In footnote one on page ten, the R&R states: "...the state post-conviction application ceased to be pending as of May 18, 2017 . . ." and is amended to correctly state that "...the state post-conviction application ceased to be pending as of March 18, 2017 . . ."

**THUS DONE AND SIGNED** in Chambers on this 15th day of September, 2020.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE